UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MICHAEL W. RENTFRO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13-cv-4011-SLD |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| ) | |
| Defendant. ) | |

ORDER

Presently before the Court is Plaintiff Michael Rentfro's Motion to Appoint Counsel, ECF No. 6, which he indicates supersedes his previous Motion, ECF No. 3. In its discretion, a district court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e). However, "parties to civil litigation have no right to counsel." *Thornhill v. Cox*, 113 F. App'x 179, 181 (7th Cir. 2004). When faced with a request to appoint counsel, this Court must determine: "(1) has the indigent plaintiff made a reasonable attempt to obtain counsel or been effectively precluded from doing so; and if so, (2) given the difficulty of the case, does the plaintiff appear competent to litigate it himself?" *Pruitt v. Mote*, 503 F.3d 647, 654 (7th Cir. 2007) (en banc). The first of these is a threshold question, and it is here that Plaintiff's Motion falters in the instant case. The Court has determined that Plaintiff is indigent in allowing him to proceed *in forma pauperis*. However, Plaintiff does not provide sufficient evidence that he has sought legal representation. Plaintiff has indicated that his previous counsel, Binder & Binder, no longer represents him, but he has not demonstrated that he has made any reasonable attempt to retain new private counsel.

If Plaintiff files a new motion to appoint counsel, he should also provide evidence bearing on the second *Pruitt* question: whether he is competent to litigate this case himself.

1

Specifically, Plaintiff should describe (1) relevant limitations on his capability to litigate his case, and (2) why his case is so complex or intricate that a trained attorney is necessary.

Plaintiff's Motions to Appoint Counsel, ECF Nos. 3 and 6, are therefore DENIED without prejudice.

Entered this 17th day of October, 2013.

s/ Sara Darrow<br>SARA DARROW<br>UNITED STATES DISTRICT JUDGE